THOMAS C. WALBRIDGE, RESPONDENT, *v.* EDWARD D.
JAMES AND OTHERS, APPELLANTS.

*Judgment on referee's report — how irregularity in, corrected — Remedy, where referee
has not been duly appointed.*

Where, in an action brought to foreclose a mortgage, the referee's report states the amount due at the time of the commencement of the action and that due at the date of his report, before which latter date, after the time of the commencement of the action, a payment of principal fell due, under the provisions

of the mortgage, and the judgment sets forth the latter amount as due, the remedy of the defendant is by motion to correct the judgment and conform the same to the report, and not by an appeal therefrom.

Nor will a judgment be reversed and a new trial granted, on the ground that the referee was not duly appointed, by fit and proper words in the judgment, to make the sale. The remedy of the party aggrieved is by motion at Special Term.

APPEAL from a judgment in favor of the plaintiff, entered upon the report of a referee.

*E. D. James*, for the appellants.

*John C. Hulbert*, for the respondent.

Opinion by BOARDMAN, J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Judgment affirmed, with costs.